Opinion issued November 10, 2010

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00742-CV

———————————

MILES
MARKS, TRUSTEE, Appellant

V.

HELMUT ALBERTS AND ALL OTHER
OCCUPANTS, Appellees



 



 

On Appeal from County Civil Court at Law No. 3 

Harris County, Texas



Trial Court Cause No. 852,747

 



MEMORANDUM OPINION

Appellant has filed a motion to dismiss the
appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss any other pending motions as moot.  We direct the Clerk to issue mandate within
10 days of the date of this opinion.  See Tex.
R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Jennings, Alcala, and Sharp.